IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT SILBAUGH                             :

        v.                                :       NO. 09-3410

ACCOUNT PORTFOLIO MANAGEMENT,               :
LLC and LAW OFFICES OF THOMAS
LANDIS
                                            :

**FILED**

JUDGMENT

NOV - 5 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BEFORE SCHILLER, J.

AND NOW, to wit, this 5th day of November, 2009, it is ORDERED that in accordance with Account Portfolio Management, LLC and Law Offices of Thomas Landis's offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68. It is

ORDERED that judgment is entered in favor of plaintiff and against Account Portifolio Management, LLC and Thomas Landis in the amount of $1,401.00 together with interest and costs.

BY THE COURT:

ATTEST:

_Mary Chase_
Deputy Clerk